# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DIONE ANDERSON,** *pro se,*

    **Plaintiff,**

v.                                                         Case No.  8:12-cv-1877-T-30TGW

**JUDY LEIBEREID and**
**G.J. FERNANDEZ, Judge,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. Upon review of the Complaint and Motion for Stay of Writ of Possession (Dkt. #2), the Court concludes the Complaint should be dismissed. There is no showing of jurisdiction in this Court. Plaintiff appears to disagree with the ruling of a state court judge, remedy for which would be an appeal in the state court system, not in this Court.

It is therefore **ORDERED AND ADJUDGED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on August 21, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1877.mtdismiss.frm